IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **JONATHAN BABCOCK,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Case No. 3:24-cv-1103-X |
| § | |
| **PN ENTERPRISES-RICHARDSON, LLC** § | |
| **D/B/A BOXES TO GO, RAJESH** § | |
| **NARULA AND MELWIN** § | |
| **KAYAPURATHU, INDIVIDUALLY,** § | |
| § | |
| **Defendants.** | |

## DISCLOSURE OF INTERESTED PARTIES

Plaintiff Jonathan Babcock certifies that the following persons or entities have a financial interest in the outcome of this litigation:

Jonathan Babcock
Plaintiff

Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601

Respectfully submitted,

 /s/  Douglas B. Welmaker
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**