# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

JONATHAN BABCOCK
Plaintiff

v.

PN ENTERPRISES-RICHARDSON, LLC
D/B/A BOXES TO GO, RAJESH NARULA
AND MELWIN KAYAPURATHU, INDIVIDUALLY
Defendant

Case No. 3:24-cv-1103
Civil Action No.

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Defendants PN Enterprises-Richardson, Rajesh Narula, and Melwin Kayapurathu

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Jonathan Babcock, Rajesh Narula, Melwin Kayapurathu, PN Enterprises-Richarson, LLC

|  |  |
|---|---|
| Date: | 07/15/2024 |
| Signature: | /s/ Mark D. Temple |
| Print Name: | Mark D. Temple |
| Bar Number: | Texas Bar No. 00794727 |
| Address: | 811 Main St. Suite 1100 |
| City, State, Zip: | Houston, Texas 77002 |
| Telephone: | (713) 751-1600 |
| Fax: | (713) 751-1717 |
| E-Mail: | mtemple@bakerlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.