IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONATHAN BABCOCK, § § *Plaintiff*, § § v. § § Case No. 3:24-cv-1103 § PN ENTERPRISES-RICHARDSON, LLC § D/B/A BOXES TO GO, RAJESH § NARULA AND MELWIN § KAYAPURATHU, INDIVIDUALLY, § § *Defendants*. § | |

## CERTIFICATE REGARDING JUDGE-SPECIFIC REQUIREMENTS

I, the undersigned attorney, hereby certify that I have read and will comply with all judge-specific requirements for Judge Brantley Starr, United States District Judge for the Northern District of Texas.

I further certify that no portion of any filing in this case will be drafted by generative artificial intelligence or that any language drafted by generative artificial intelligence—including quotations, citations, paraphrased assertions, and legal analysis—will be checked for accuracy, using print reporters or traditional legal databases, by a human being before it is submitted to the Court. I understand that any attorney who signs any filing in this case will be held responsible for the contents thereof according to applicable rules of attorney discipline, regardless of whether generative artificial intelligence drafted any portion of that filing.

| | |
|---|---|
| Dated: July 15, 2024 | BAKER & HOSTETLER LLP |

                                                            By: */s/ Mark D. Temple*
                                                                 Mark D. Temple, *attorney-in-charge*
                                                                 Texas Bar No. 00794727
                                                                 811 Main Street, Suite 1100
                                                                 Houston, Texas 77002
                                                                 Telephone: (713) 751-1600
                                                                 Facsimile: (713) 751-1717
                                                                 mtemple@bakerlaw.com

                                                               L. David Anderson
                                                               Texas Bar No. 00796126
                                                               2850 North Harwood Street, Suite 1100
                                                               Dallas, Texas 75201
                                                               Phone: (214) 210-1200
                                                               Facsimile: (214) 210-1201
                                                               danderson@bakerlaw.com

                                                               **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

     In accordance with the Federal Rules of Civil Procedure, I hereby certify that on July 15, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of this filing to counsel of record:

    Douglas B. Welmaker
    Welmaker Law, PLLC
    409 N. Fredonia, Suite 118
    Longview, Texas, 75601

                                                                */s/ Mark D. Temple*
                                                                 Mark D. Temple