IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JONATHAN BABCOCK,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 3:24-cv-1103-X |
| | § | |
| **PN ENTERPRISES-RICHARDSON, LLC D/B/A BOXES TO GO, RAJESH NARULA AND MELWIN KAYAPURATHU, INDIVIDUALLY,** | § § § § | |
| | § | |
| **Defendants.** | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jonathan Babcock and Defendants PN Enterprises-Richardson d/b/a Boxes to Go, Rajesh Narula and Melwin Kayapurathu (collectively, "Defendants"), file this Stipulation of Dismissal With Prejudice regarding Plaintiff's claims against Defendants pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(l)(A)(ii).

This case is not a class action and a receiver has not been appointed. Additionally, this action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

Plaintiff hereby dismisses, with prejudice, all claims against Defendants. Plaintiff and Defendants will bear their own costs of suit.

As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal, with prejudice, of Plaintiff's claims against Defendants.

Respectfully submitted,

WELMAKER LAW, PLLC

<u>/s/  *Douglas B. Welmaker*</u>
Douglas B. Welmaker
Attorney-in-Charge
State Bar No. 00788641
Welmaker Law, PLLC
409 N. Fredonia, Suite 118
Longview, Texas 75601
Phone: (512) 799-2048
Email: doug@welmakerlaw.com

**ATTORNEY FOR PLAINTIFF**

BAKER & HOSTETLER LLP

By: <u>/s/ *Mark D. Temple*</u>
Mark D. Temple
Attorney-in-charge
Texas Bar No. 00794727
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
mtemple@bakerlaw.com

L. David Anderson
Texas Bar No. 00796126
2850 North Harwood Street, Suite 1100
Dallas, Texas 75201
Phone: (214) 210-1200
Facsimile: (214) 210-1201
danderson@bakerlaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Stipulation of Dismissal has been electronically served on all counsel of record via Notice of Electronic Filing on a known Filing User through the CM/ECF system on September 19, 2024.

/s/ *Douglas B. Welmaker*
Douglas B. Welmaker